# VERIFIED RETURN OF SERVICE

Job # 379233

**Client Info:**

ADA LEGAL TEAM, LLC
Gregory S. Sconzo, Esq.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418

**Case Info:**

**PLAINTIFF(S):**
WILLIE MACON
-versus-
**DEFENDANT(S):**
TUESDAY BANDIT LLC Florida Limited Liability Company d/b/a
DRUNKEN MONKEY COFFEE BAR

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
Court Case # **6:26-cv-2246-CEM-LHP**

**Service Info:**

**Date Received: 9/28/2026** at **03:24 PM**
**Service:** I Served **TUESDAY BANDIT LLC C/O REGISTERED AGENTS INC**
With: **SUMMONS IN A CIVIL ACTION AND COMPLAINT CIVIL COVER SHEET EXHIBIT(S)**
by leaving with **Noelle Green, AUTHORIZED TO ACCEPT**

**At Business 7901 4TH ST N. SAINT PETERSBURG, FL 33702**
Latitude: **27.844707**, Longitude: **-82.638124**

On **9/29/2026** at **09:36 AM**
**Manner of Service: CORPORATE**
F.S. 48.081 Service on a domestic corporation or registered foreign corporation.

**Served Description: (Approx)**

Age: **25**, Sex: **Female**, Race: **Black**, Height: **5' 5"**, Weight: **135**, Hair: **Black** Glasses: **No**

I **Brett Pokorny** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**Brett Pokorny**
Lic # **APS 59364**

**LEXITAS LEGAL**
20 N. Orange Avenue #700
Orlando, FL 32801

Client # SC28137518
Job # 379233

INITIALS/ID # APS50364
DATE: 9/29/2026 TIME: 09:36 AM
MILITARY: NA
MARITAL STATUS: NA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

WILLIE MACON
*Plaintiff(s)*

v.

TUESDAY BANDIT LLC
Florida Limited Liability Company
d/b/a DRUNKEN MONKEY COFFEE BAR
*Defendant(s)*

Civil Action No. 6:26-cv-2246-CEM-LHP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TUESDAY BANDIT LLC
c/o REGISTERED AGENTS INC
7901 4TH ST N.
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory S. Sconzo, Esq.
ADA LEGAL TEAM, LLC
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT · MIDDLE DISTRICT OF FLORIDA

Marisol Norris

*Signature of Clerk or Deputy Clerk*

Date: September 28, 2026